IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Christopher Stone, | ) | C/A No. 1:21-1405-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Stephen T. Glass; Michael Williams; Brandon Morgan; Michael Hawthorne; Deputy Poindexter | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is currently before the assigned United States Magistrate Judge for a service of process status review. Plaintiff Christopher Stone, who is represented by counsel, initiated this action and filed his Complaint on May 11, 2021. (ECF No. 1.)

The Federal Rules of Civil Procedure state that a plaintiff must serve a defendant within 90 days after the complaint is filed and, unless service is waived, must provide proof of service to the court. Fed. R. Civ. P. 4(*l*)(1) and 4(m). As of the date of this order, more than 90 days has passed since Plaintiff initiated this action by filing his Complaint, and Plaintiff has not filed proof of service with the court. It is therefore

**ORDERED** that Plaintiff shall have until <u>**September 20, 2021**</u> to provide the court with proof of service of the Complaint upon the defendants in accordance with Federal Rule of Civil Procedure 4(*l*)(1), or show good cause for failure to serve pursuant to Rule 4(m). **Failure to do so will result in this case being dismissed for failure to serve.** Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

*Paige J. Gossett* (signature)

September 13, 2021
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE